WO

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Matias-Martin, )<br>)<br>)<br>         Petitioner, )<br>)<br>     vs. )<br>)<br>United States of America, )<br>)<br>         Respondent. )<br>_____) | <br><br><br><br><br>JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-652-TUC-FRZ<br>      CR-05-622-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #22 in CR-05-622-TUC-FRZ) is **DENIED** and this case (CV-05-652-TUC-FRZ) is **DISMISSED**.

November 7, 2005              RICHARD H. WEARE
Date                          CLERK


                              S/ *M.  Michelle Mejia*
                              M.  Michelle Mejia
                                  Deputy Clerk


Copies to:
J/B, FRZ, Matias-Martin, all Counsel